DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOROTHY LEWIS,**
Appellant,

v.

**ESTATE OF DEBRA A. SIMMONS,**
Appellee.

No. 4D2025-3895

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. 062023CP000889A001CE.

Justin T. Moonray of Moonray Law, PLLC, Brandon, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***